1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9                           WESTERN DIVISION
10

11 | MATTHEW T. DOMINGUEZ,          ) No. ED CV 14-02155-VBK
                                    )
12 |             Plaintiff,          ) JUDGMENT
                                    )
13 |      v.                        )
                                    )
14 | CAROLYN W. COLVIN, Acting      )
   | Commissioner of Social         )
15 | Security,                      )
                                    )
16 |             Defendant.          )
   |_____ )
17

18      **IT IS HEREBY ORDERED** that the decision of the Commissioner is
19 reversed, and the matter is remanded for a new hearing consistent with
20 the Memorandum Opinion.
21

22 DATED:  May 12, 2015                     /s/
                                      VICTOR B. KENTON
23                                    UNITED STATES MAGISTRATE JUDGE