UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATHEW T. DOMINGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | No. ED CV 14-02155-VBK<br><br>ORDER GRANTING PAYMENT OF EAJA ATTORNEY'S FEES |

On June 2, 2015, the parties filed a document entitled "Stipulation for Award of EAJA Fees."

**IT IS ORDERED** that EAJA fees and costs in the amount of $3,700.00 be paid to Plaintiff by Defendant pursuant to 28 U.S.C. § 2412.

DATED: June 8, 2015

　　　　　　　　　　/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE